Commonwealth *v.* Young, Appellant.

Submitted December 6, 1974. *Thomas E. Harting,* Assistant Public Defender, and *Theo-*

*dore S. Danforth*, Public Defender, for appellant; *Henry S. Kenderdine, Jr.*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the lower court is affirmed insofar as it deals with the lack of a pre-sentence investigation and appellant's right to a direct appeal. The case is remanded to the lower court and appellant is granted leave to amend his petition, within thirty (30) days of the filing of this order, by clarifying his claim of an unlawfully induced guilty plea or to amend in any other manner.